EQUAL EMPLOYMENT OPPOR-
TUNITY COMMISSION,
Plaintiff–Appellant,

v.

The BOEING COMPANY, a Delaware
corporation, Defendant–Appellee.

No. 07–16903.

United States Court of Appeals,
Ninth Circuit.

Aug. 18, 2009.

T. Diana Chen, Esquire, Katherine Kruse, Esquire, Equal Employment Opportunity Commission, Phoenix, AZ, Anne Noel Occhialino, EEOC–Equal Employment Opportunity Commission Office of General Counsel, Washington, DC, for Plaintiff–Appellant.

Tibor Nagy, Jr., Erica K. Rocush, Ogletree Deakins Nash Smoak & Stewart, PC, Tucson, AZ, for Defendant–Appellee.

Before: HAWKINS, BERZON and CLIFTON, Circuit Judges.

Appellant's request for publication is GRANTED. The Memorandum disposition filed on April 8, 2009, is withdrawn. A published Opinion will be filed concurrently with this Order.